UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VICKI L. LaFRENIERE,

                                   Plaintiff,                    7:09-CV-0167
                                                                (GTS/VEB)
v.

MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,
                                   Defendant.
_____

APPEARANCES:                                    OF COUNSEL:

CONBOY McKAY BACHMAN & KENDALL, LLP      LAWRENCE D. HASSELER, ESQ.
  Counsel for Plaintiff
307 State Street
Carthage, New York 13619

SOCIAL SECURITY ADMINISTRATION          TOMASINA DiGRIGOLI, ESQ.
OFFICE OF REGIONAL GENERAL COUNSEL
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        The above-captioned action comes to this Court following a Report-Recommendation by

United States Magistrate Judge Victor E. Bianchini, filed on July 27, 2010, recommending that

(1) the Commissioner's motion for judgment on the pleadings be denied, (2) Plaintiff's motion

for judgment on the pleadings be granted, (3) the Commissioner's decision denying disability

benefits be reversed, and (4) the case be remanded to the Commissioner for further proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 17.)  Objections to the Report-

Recommendation have not been filed, and the time in which to do so has expired.  After

carefully reviewing all of the papers in this action, including Magistrate Judge Bianchini's

thorough Report-Recommendation, the Court can find no error in the Report-Recommendation,

clear or otherwise.  As a result, the Report-Recommendation is accepted and adopted in its

entirety; the Commissioner's motion for judgment on the pleadings is denied; Plaintiff's motion

for judgment on the pleadings is granted; the Commissioner's decision denying disability

benefits is reversed; and the case is remanded to the Commissioner for further proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).

      **ACCORDINGLY**, it is

      **ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 17) is

**ACCEPTED** and **ADOPTED** in its entirety; and it is further

      **ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. Nos. 7,

14) is **DENIED**; and it is further

      **ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. Nos. 1, 9) is

**GRANTED**; and it is further

      **ORDERED** that the Commissioner's decision denying disability benefits is

**REVERSED**; and it is further

      **ORDERED** that this matter is **REMANDED** to the Commissioner of Social Security for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and it is further

      **ORDERED** that the Commissioner assign a different Administrative Law Judge on

remand.

Dated:  September 22, 2010
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge