# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**VICKI L. LAFRENIERE**

      vs.                   **CASE NUMBER: 7:09-CV-0167**
                                           **(GTS/VEB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of Magistrate Judge Bianchini is ACCEPTED and ADOPTED in its entirety. The Commissioner's motion for judgment on the pleadings is DENIED, the Plaintiff's motion for judgment on the pleadings is GRANTED and this action is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A different Administrative Law Judge is to be assigned to this action on remand.

All of the above pursuant to the Order of the Honorable United States District Judge Glenn T. Suddaby, dated the 22nd day of September, 2010.

DATED: September 22, 2010

*Laurence K. Baerman*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis
                                            Deputy Clerk